WHITTEMORE, Respondent, v. WHITE et al., Appellants.

(Common Pleas of New York City and County, General Term. November 15, 1893.)

Action by Henry Whittemore against James T. White and another.
O. J. Hochstadler, for appellants.
G. R. Hawes, for respondent.
No opinion. Judgment affirmed, with costs. See 22 N. Y. Supp. 1127; 23 N. Y. Supp. 1161, 1162.

KOHN, Respondent, v. JACOBS, Appellant.

(Common Pleas of New York City and County, General Term. November 16, 1893.)

Appeal from city court, general term.
Action by Morris Kohn against Isaac Jacobs.
A. & L. Levy, for appellant.
D. Leventritt, for respondent.
No opinion. Judgment and order affirmed, with costs. See 23 N. Y. Supp. 1033.

TERRY, Respondent, v. MOORE, Appellant.

(Common Pleas of New York City and County, General Term. November 16, 1893.)

Action by Cornelia C. Terry against Katharine T. Moore.
C. E. Southern, for appellant.
J. M. Buckingham, for respondent.
No opinion. Order affirmed, with costs. See 22 N. Y. Supp. 785.

EPSTEIN, Respondent, v. HODGETTS, Appellant.

(Common Pleas of New York City and County, General Term. November 17, 1893.)

Appeal from city court, general term.
Action by Alfred Epstein against Charles Hodgetts.
Johnston & Johnston, for appellant.
Epstein Bros., for respondent.
No opinion. Judgment affirmed, with costs. See 24 N. Y. Supp. 137.

FINELITE, Respondent, v. GOLDEN, Appellant.

(Common Pleas of New York City and County, General Term. November 17, 1893.)

Appeal from city court, general term.
Action by Jacob Finelite against Barney Golden.
Thos. J. McKee, for appellant.
G. W. Stephens, for respondent.
No opinion. Judgment affirmed, with costs.